NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AMERICAN SAVINGS BANK, F.A., KEYSTONE
HOLDINGS, INC., KEYSTONE HOLDINGS
PARTNERS, L.P., N.A. CAPITAL HOLDINGS, INC.,
NEW AMERICAN CAPITAL, INC., AND NEW
AMERICAN HOLDINGS, INC.,
*Plaintiffs-Cross Appellants,*

v.

UNITED STATES,
*Defendant-Appellant.*

---

2011-5132, -5133

---

Appeals from the United States Court of Federal Claims in case no. 92-CV-872, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## ORDER

The United States moves for a 60-day extension of time, until January 20, 2012, to file its initial brief.

American Savings Bank, F.A., et al. oppose. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kent A. Yalowitz, Esq.
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 7 2011

JAN HORBALY
CLERK